IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

No. 2:26-cv-00909

*In re: Navia Benefit Solutions, Inc. Data Breach Litigation*

**ORDER**

This Document Relates To: All Actions

PURSUANT TO THE STIPULATED MOTION at Dkt. # 17, IT IS SO ORDERED.

The Court GRANTS the Parties' Stipulated Motion to Continue Defendant Navia Benefit Solutions, Inc.'s Deadline to Answer, Move, or Otherwise Respond to the Class Action Complaint and ORDERS as follows:

(1) the current April 14, 2026 deadline for Navia to answer, move, or otherwise respond to the Class Action Complaint shall be continued;

(2) Navia shall have up through and including June 25, 2026 after the filing of any consolidated complaint to answer, move, or otherwise respond to the then-operative complaint; and

(3) The Clerk shall consolidate into this action the following Additional Related Actions:

- *Bowen v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00944 (the "*Bowen* Action");

ORDER - 1

- *O'Day v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00960 (the "*O'Day* Action");

- *Bryan v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-00977 (the "*Bryan* Action");

- *Palacios v. Navia Benefits Solutions, Inc.*, Case No. 2:26-cv-00999 (the "*Palacios* Action");

- *Austin v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01021 (the "*Austin* Action");

- *Traina v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01065 (the "*Traina* Action");

- *Selby v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01098 (the "*Selby* Action"); and

- *Walton v. Navia Benefit Solutions, Inc.*, Case No. 2:26-cv-01128 (the "*Walton* Action").

IT IS SO ORDERED.

Dated this 14th day of April, 2026.

John H. Chun
United States District Judge

ORDER - 2